## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

IN RE: **ROBERT W. & SUSAN M. GEDDES**

                                                 Case Number:     09-68334  WSD

Debtor.                                             Chapter 13
                                                 Judge SHAPERO

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
26200 Lahser Rd.  Ste. 330
Southfield, MI 48033
(248) 443-7033
_____/

### Debtor's Chapter 13 Confirmation Hearing Certificate

At the next confirmation hearing in this case, the debtor intends to: (check ONE of the following)

1. <u>X</u>    Request an adjournment of the confirmation hearing to April 5, 2010, due to the following good cause: **To allow for the resolution and entry of an Order in Adversary Proceeding number 09-06598 to strip the second mortgage from Debtor's residence.   The clerk entered a default on November 17, 2009.**

                                            <u>/s/ Ryan F. Beach</u>
                                            Ryan F. Beach (P71022)
                                            Debtor's Attorney
                                            Acclaim Legal Services, P.L.L.C.
                                            26200 Lahser Road
                                            Suite 330
                                            Southfield, MI  48033
                                            248-443-7033
                                            filing@acclaimlegalservices.com