# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE: **ROBERT W. & SUSAN M. GEDDES**

Debtor.

Case Number: 09-68334 WSD
Chapter 13
Judge SHAPERO

---

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
26200 Lahser Rd. Ste. 330
Southfield, MI 48033
(248) 443-7033

_____ /

## Debtor's Chapter 13 Confirmation Hearing Certificate

At the next confirmation hearing in this case, the debtor intends to: (check ONE of the following)

1. _X_ Request confirmation of the debtor's plan, because all timely objections of creditors and the trustee have been resolved. I have e-mailed to the Trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order.

/s/ Ryan F. Beach
Ryan F. Beach (P71022)
Debtor's Attorney
Acclaim Legal Services, P.L.L.C.
26200 Lahser Road
Suite 330
Southfield, MI 48033
248-443-7033
filing@acclaimlegalservices.com