# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

IN RE:   **ROBERT W. & SUSAN M. GEDDES**

Case Number:      09-68334 WSD

Chapter 13

Debtors.                                                                Judge SHAPERO

_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
26200 Lahser Rd.  Ste. 330
Southfield, MI 48033
(248) 443-7033
_____/

## ORDER CONFIRMING PLAN

The debtor(s) Chapter 13 plan was duly served on all parties in interest.  A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved.  The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. '1325(a) are met.

Therefore, IT IS HEREBY ORDERED that debtor(s) Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of ACCLAIM LEGAL SERVICES, PLLC attorney for the debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of **FEE APP** in fees and $0 in expenses, and that the portion of such claim which has not already been paid, to-wit: **FEE APP** shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the debtor(s) shall maintain all policies of insurance on all property of the debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. '502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due to the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [Only provisions checked below apply]
[X]      The Debtors shall remit 100% of all future tax refunds to which Debtors are entitled during the pendency of the Plan and shall not alter withholdings without Court approval.
[X]      The Debtors' Plan payments shall be increased to $155.76 per Weekly effective March 1, 2011 (upon payoff of 401k loan)
[X]      Other: The terms of the "DEFAULT JUDGMENT DETERMINING THE EXTENT OF THE LIEN AS TO GREEN TREE SERVICING, LLC AS SERVICING AGENT FOR MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AND ALL ASSIGNS" entered in adversary case number 09-06598 are incorporated herein.  Creditor shall be treated as an unsecured claim.
[  ]      Other:


/s/ Tammy L. Terry                                        /s/ Ryan F. Beach
STANDING CHAPTER 13 TRUSTEE                   Attorney for Debtor(s):
Tammy Terry, Chapter 13 Standing Trustee        Ryan F. Beach (P71022)
535 Griswold                                                  William D. Johnson (P54823)
Detroit, MI 48226                                            Acclaim Legal Services, P.L.L.C.
                                                                     26200 Lahser Road  Suite 330
                                                                     Southfield, MI  48033
                                                                     248-443-7033
                                                                     filing@acclaimlegalservices.com

                                                                           .

**Signed on May 28, 2010**

                                                     ____ __/s/ Walter Shapero_      ____
                                                          **Walter Shapero**
                                                          **United States Bankruptcy Judge**