# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE: **ROBERT W. & SUSAN M. GEDDES**

Case Number: 09-68334 WSD
Chapter 13
Judge SHAPERO

Debtor.

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
26200 Lahser Rd. Ste. 330
Southfield, MI 48033
(248) 443-7033

/

FIRST APPLICATION FOR ORDER APPROVING PRE CONFIRMATION ATTORNEY FEES

1. This award for fees: $3,693.00
   This award for costs: $57.68
   Total this award: $3,750.68
   Fees advanced by client: $0.00

2. The fees requested herein are for services rendered after August 21, 2009 up through June 1, 2010.

3. This application covers the allowance of compensation for professional services rendered on behalf of the debtor in connection with pre confirmation services, including but not limited to services to ensure confirmation of the Chapter 13 Plan and the prosecution of an adversary proceeding.
   A. Pursuant to Administrative Order Regarding Amendment to LBR 2016-2, No. 07-01, below are the specifically identified circumstances of the case that make the amount requested reasonable: The confirmation of Debtors' case involved a significant amount of unanticipated time. The confirmation of Debtors' case involved the prosecution of an adversary proceeding filed to strip the second mortgage from the Debtors' residence. The Debtors were unable to provide the necessary home appraisal until March 19, 2010, which caused several delays and additional confirmation hearings. In total, the confirmation of Debtors' case required 4 confirmation hearings. The last confirmation hearing scheduled for May 24, 2010, was prepared for, but was unnecessary because the case was confirmed prior to the hearing. All fees sought are reasonable and necessary in the circumstances.

4. There is no Adversary or Federal Litigation affecting this matter

5. The current status of the bankruptcy case is: confirmed.
   A. The impact on the case resulting from the fee application is: none.
   Currently the plan is running 60 months
   With approval of the fee application, the plan would run 60 months

6. Counsel anticipates providing services necessary to oversee and monitor the case to ensure continued progression going forward.

7. Accrued unpaid administrative expenses to date are $0.00.

8. Specific instance in which an award is sought for the service of more than one professional and paraprofessional and the justification for each such instance: Does not apply.

9. The total fees and expenses previously approved is $0.00.

10. Pursuant to L.B.R. 2016-1(a)(10) the Debtor has had a previous opportunity to review the application. The Debtor has not previously approved the requested amount. The Debtor was sent a copy of the fee application 7 days before it was filed with the court. The Debtor has not provided written concurrence or objection to the requested fees.

WHEREFORE, William D. Johnson, and Acclaim Legal Services, PLLC requests an Order awarding the sum of $3,750.68.

/s/ William D. Johnson
WILLIAM D. JOHNSON (P54823)
Acclaim Legal Services, PLLC
26200 Lahser Rd., Ste. 330
Southfield, MI 48033
248-443-7033
filing@acclaimlegalservices.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE: **ROBERT W. & SUSAN M. GEDDES**

Debtor.

Case Number: 09-68334 WSD
Chapter 13
Judge SHAPERO

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
26200 Lahser Rd. Ste. 330
Southfield, MI 48033
(248) 443-7033
_____/

## ORDER APPROVING FEE APPLICATION

This matter having come before the Court upon the application of approval of fees and costs pursuant to LBR 9014, all interested parties having been served with notice of the application and the provisions of LBR 2016-1 having been met, no objections to the application having been received and a certification of no response having been filed, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED:

1. The Court approves Applicant's fees and expenses as follows:

   | | | |
   |---|---|---|
   | THIS AWARD FOR FEES: | $3,693.00 | |
   | THIS AWARD FOR COSTS: | $57.68 | |
   | TOTAL THIS AWARD: | | $3,750.68 |
   | GRAND TOTAL FEES AND COSTS | | $3,750.68 |
   | LESS AMOUNT PAID DIRECTLY BY DEBTOR | | ($0.00) |
   | BALANCE TO BE PAID BY TRUSTEE | | $3,750.68 |

2. The fees requested herein are for services rendered after August 21, 2009 up through June 1, 2010.

# United States Bankruptcy Court
## Eastern District of Michigan

In re: **Robert W. Geddes / Susan M. Geddes**, Debtor(s)

Case No. _____
Chapter **13**

## STATEMENT OF ATTORNEY FOR DEBTOR(S)
## PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1. The undersigned is the attorney for the Debtor(s) in this case.

2. The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

   [X] **FLAT FEE**

   A. For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid ........................................... **3,000.00**

   B. Prior to filing this statement, received ........................................... **0.00**

   C. The unpaid balance due and payable is ........................................... **3,000.00**

   D. The total charge for Attorney fees and costs up to and including confirmation hearing may exceed the flat fee stated in 2.A. If the total fees and costs expended on your behalf exceed the flat fee stated in A, then an Application for Attorney Fees will be filed with the court and you will be provided with notice and the opportunity to review the fees and object. Circumstances which can lead to **Acclaim Legal Services, PLLC** electing to file a fee application include, but are not limited to, missed or additional hearings, objections to proof of claims, objections to Plans, motions for relief from stay, and other factors that **Acclaim Legal Services, PLLC** may not be able to anticipate at the time of consultation and/or preparation of documents.

   The flat rate does NOT include any work performed on your behalf post-confirmation. Work performed on your behalf after the confirmation of your case will be billed at an hourly rate (see B. below) and an Application for Attorney Fees will be filed with the court and you will be provided with notice and the opportunity to review the fees and object.   Debtor Initials _____

   Attorney fees are non-contingent based. In the event of early termination of case via dismissal, voluntary dismissal, case conversion, etc. an Application for Attorney Fees will be filed with the court for work performed.   Co-Debtor Initials _____

   [X] **RETAINER**

   A. Amount of retainer received ........................................... _____

   B. The undersigned shall bill against the retainer at an hourly rate of **$225.00**. [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer. The above rate shall be effective whenever **Acclaim Legal Services, PLLC** elects to file a fee application pursuant to the circumstances described in Paragraph 2.D. above.

3. $ **274.00** of the filing fee has been paid.

4. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do not apply.]

   A. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   B. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   C. Representation of the debtor at the meeting of creditors and confirmation hearing;
   D. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
   E. ~~Reaffirmations;~~
   F. ~~Redemptions;~~

5. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

6. The source of payments to the undersigned was from:
   A. __XX__ Debtor(s)' earnings, wages, compensation for services performed
   B. _____ Other (describe, including the identity of payor) _____

7. The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Dated: **August 21, 2009**

/s/ **William D. Johnson**
Attorney for the Debtor(s)
**William D. Johnson P54823**
**Acclaim Legal Services, PLLC**
**17117 W. Nine Mile**
**Suite 925**
**Southfield, MI 48075**
**248-443-7033 filing@acclaimlegalservices.com**

Agreed: /s/ **Robert W. Geddes**
**Robert W. Geddes**
Debtor

/s/ **Susan M. Geddes**
**Susan M. Geddes**
Debtor

ACCLAIM LEGAL SERVICES, P.L.L.C
William D. Johnson
Attorney at Law
26200 Lahser Road
Suite 330
Southfield, MI 48033
(248) 443-7033

|  |  |
|---|---|
| Robert W. & Susan M. Geddes | Page: 1 |
| 13078 Masonic | 06/01/2010 |
| Warren MI 48088 | Account No: 7836-00 |
|  | Statement No: 47868 |

## Fees

|  |  |  | Rate | Hours |  |
|---|---|---|---:|---:|---:|
| 09/18/2009 | | | | | |
| | NMH | Letter to the client regarding reassignment of the case. Advised client of new judge, trustee and payment address. | 90.00 | 0.20 | 18.00 |
| | SAI | **Case Administration:** telephone conversation to address several questions regarding filing of their case, court hearings, creditors and payments. | 60.00 | 0.20 | 12.00 |
| 09/29/2009 | | | | | |
| | SAI | **Case Administration:** Conversation with client regarding new plan payment amount. | 60.00 | 0.10 | 6.00 |
| 10/07/2009 | | | | | |
| | NMH | **Case Administration:** Review client file. Identify and review documents necessary to forward to Trustee's office prior to 341 hearing. Advise on missing documentation. | 90.00 | 0.40 | 36.00 |
| | NMH | Letter to the clients regarding staff assignment, judge, trustee and case status information. | 90.00 | 0.20 | 18.00 |
| | NMH | Draft and revise pay order to be served on the employer. | 90.00 | 0.20 | 18.00 |
| 10/08/2009 | | | | | |
| | NMH | Draft and revise payment Order to be served on the trustee. | 90.00 | 0.20 | 18.00 |
| | NMH | Letter to employer with information regarding the payment order. Provided plan payment amount, frequency and detailed information on how to administer payments. | 90.00 | 0.20 | 18.00 |
| 10/12/2009 | | | | | |
| | NMH | **Case Administration:** Letter to the client regarding request for proof of insurance on the 2005 Chrysler Sebring, per creditor request. | 90.00 | 0.20 | 18.00 |
| | NMH | **Case Administration:** Review and analyze mail received from Ascension Capital Group, regarding request for proof of insurance for the 2005 Chrysler Sebring. | 90.00 | 0.10 | 9.00 |
| 10/14/2009 | | | | | |
| | SAI | **Case Administration:** Draft and revise proof of service for | | | |

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | Chapter 13 Plan and worksheet to be served on the trustee and creditor matrix. | 60.00 | 0.20 | 12.00 |
| | SAI | **Case Administration:** Letter to client with notice of 341 First Meeting of Creditors and Confirmation Hearing Dates. Provided plan payment amount, frequency and detailed information on how to make plan payment. | 60.00 | 0.20 | 12.00 |
| | SAI | **Case Administration:** Draft and revise proof of service for certificate of compliance for secured creditors to be served on the trustee and parties of interest. | 60.00 | 0.20 | 12.00 |
| | SAI | **Case Administration:** Draft and revise certificate of compliance for secured creditors to be filed. | 60.00 | 0.20 | 12.00 |
| 10/15/2009 | NMH | **Case Administration:** Draft and revise proof of service for adversary complaint as to Green Tree Servicing, to be served on the trustee and applicable creditor. | 90.00 | 0.20 | 18.00 |
| 10/19/2009 | SAI | **Case Administration:** Telephone conversation with client regarding credit card debt, pay stubs, court hearings and schedules. | 60.00 | 0.40 | 24.00 |
| 11/11/2009 | NMH | Draft and revise proof of service for amended schedule F, to be served on the trustee and applicable creditor. | 90.00 | 0.20 | 18.00 |
| | NMH | **Case Administration:** Draft and revise amended schedule F, to add creditor to bankruptcy. | 90.00 | 0.20 | 18.00 |
| | NMH | Draft and revise proof of service for 1007 to be served on the trustee and applicable creditor. | 90.00 | 0.20 | 18.00 |
| | NMH | Draft and revise proof of service for notice to respondent pursuant to LBR 1009-1(d)(3), to be served on the trustee and applicable creditor. | 90.00 | 0.20 | 18.00 |
| | NMH | **Case Administration:** Draft and revise notice to respondent pursuant to LBR 1009-1(d)(3). | 90.00 | 0.20 | 18.00 |
| 11/16/2009 | NMH | **Case Administration:** Plan and prepare file for 341 meeting of creditor hearing, advised client of action necessary and ensured documents have been received, forwarded and processed. | 90.00 | 0.30 | 27.00 |
| 11/24/2009 | NMH | **Case Administration:** Review ECF mail regarding Default entry by clerk. Calendared deadline date to file application for default judgment. | 90.00 | 0.10 | 9.00 |
| 11/25/2009 | NMH | Draft and revise authorization allowing mortgage company to speak to client regarding loan modification. | 90.00 | 0.20 | 18.00 |
| | NMH | **Case Administration:** Telephone call to the client regarding additional information needed in order to prepare an authorization allowing the debtors to speak directly with | | | |

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| | | their mortgage company regarding a loan modification. | 90.00 | 0.20 | 18.00 |
| 11/30/2009 | RFB | **Case Administration:** draft and revise application for default judgment and default judgment for lien strip adversary. | 175.00 | 0.80 | 140.00 |
| | NMH | **Case Administration:** Draft and revise proof of service for application for default in adversary case regarding Green Tree Servicing, to be served on the trustee and applicable creditors. | 90.00 | 0.20 | 18.00 |
| | NMH | **Case Administration:** Review, analyze and notarize affidavit of default for the trustee in the adversary case regarding Green Tree Servicing, to be filed with the court. | 90.00 | 0.10 | 9.00 |
| 12/07/2009 | NMH | **Case Administration:** Telephone conversation with the client regarding trustee objection to confirmation. Explained document and discussed outstanding documentation. | 90.00 | 0.30 | 27.00 |
| 12/08/2009 | NMH | **Case Administration:** Review ECF mail regarding objection to confirmation of chapter 13 plan by the Trustee. | 90.00 | | |
| 12/15/2009 | NMH | Letter to the clients regarding outstanding documentation still necessary in order to prepare for the confirmation hearing. | 90.00 | 0.20 | 18.00 |
| 12/17/2009 | NMH | **Case Administration:** Review and organize various exhibits to be filed in the adversary case. | 90.00 | 0.20 | 18.00 |
| | NMH | Letter to the clients regarding need to provide home appraisal in adversary case. | 90.00 | 0.20 | 18.00 |
| 12/21/2009 | NMH | Draft and revise proof of service for Debtor's chapter 13 confirmation hearing certificate to be served on the trustee. | 90.00 | 0.20 | 18.00 |
| | NMH | **Case Administration:** Plan and prepare file for confirmation hearing ensuring all documents have been received and processed and client has been notified of action necessary in order for confirmation to take place. | 90.00 | 0.30 | 27.00 |
| | NMH | **Case Administration:** Telephone conversation with the client regarding the home appraisal. | 90.00 | 0.20 | 18.00 |
| 12/22/2009 | NMH | **Case Administration:** Review fax from client - copy of declaration page for car insurance. | 90.00 | 0.10 | 9.00 |
| 01/05/2010 | SAI | **Case Administration:** Draft and revise certificate of compliance for insurance. | 60.00 | 0.20 | 12.00 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
|  | SAI | **Case Administration:** Draft and revise Proof of Service for Certificate of Compliance for Insurance for Trustee and Creditor. | 60.00 | 0.20 | 12.00 |
| 01/08/2010 | NMH | **Case Administration:** Reviewed fax from client - proof of life insurance premium expenses. | 90.00 | 0.10 | 9.00 |
| 01/13/2010 | NMH | **Case Administration:** Correspondence sent to the client regarding questions about reason for adjourned confirmation hearing. | 90.00 | 0.20 | 18.00 |
| 01/26/2010 | NMH | Letter to the client regarding adjourned confirmation hearing. Advised client of new date and time as well as provided action steps to prepare for the hearing. | 90.00 | 0.20 | 18.00 |
| 01/28/2010 | NMH | **Case Administration:** Reviewed e-mail from the client regarding information that was requested as to the payment of insurance. | 90.00 | 0.10 | 9.00 |
| 02/02/2010 | NMH | Draft and revise proof of service for Debtor's chapter 13 confirmation hearing certificate to be served on the trustee. | 90.00 | 0.20 | 18.00 |
|  | NMH | **Case Administration:** Plan and prepare file for confirmation hearing ensuring all documents have been received and processed and client has been notified of action necessary in order for confirmation to take place. | 90.00 | 0.30 | 27.00 |
| 03/16/2010 | NMH | Draft and revise proof of service for Debtor's chapter 13 confirmation hearing certificate to be served on the trustee. | 90.00 | 0.20 | 18.00 |
|  | NMH | **Case Administration:** Plan and prepare file for confirmation hearing ensuring all documents have been received and processed and client has been notified of action necessary in order for confirmation to take place. | 90.00 | 0.30 | 27.00 |
| 04/06/2010 | NMH | Letter to the clients regarding outstanding documentation needed to be filed in the adversary case. | 90.00 | 0.20 | 18.00 |
| 04/12/2010 | NMH | **Case Administration:** Telephone conversation with the client regarding status of request for deed and questions about tax submission process. | 90.00 | 0.20 | 18.00 |
| 04/14/2010 | NMH | **Case Administration:** Review fax from client - copy of recorded deed, needed for lien strip. | 90.00 | 0.10 | 9.00 |
|  | NMH | **Case Administration:** Reviewed fax from client - 2009 tax |  |  |  |

Robert W. & Susan M. Geddes
Page: 5
06/01/2010
Account No: 7836-00
Statement No: 47868

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | returns. | 90.00 | 0.10 | 9.00 |
| 04/15/2010 | NMH | **Case Administration:** Correspondence sent to the Trustee - 2009 tax returns. | 90.00 | 0.10 | 9.00 |
| 04/19/2010 | NMH | Letter to the client regarding adjourned confirmation hearing. Advised client of new date and time as well as provided action steps to prepare for the hearing. | 90.00 | 0.20 | 18.00 |
| | NMH | Letter to the client regarding Form 2848. Advised client how to complete and to send back immediately. | 90.00 | 0.20 | 18.00 |
| 04/20/2010 | NMH | Draft and revise proof of service for Debtor's chapter 13 confirmation hearing certificate to be served on the trustee. | 90.00 | 0.20 | 18.00 |
| | NMH | **Case Administration:** Plan and prepare file for confirmation hearing ensuring all documents have been received and processed and client has been notified of action necessary in order for confirmation to take place. | 90.00 | 0.30 | 27.00 |
| 04/27/2010 | NMH | **Case Administration:** Correspondence sent to the Trustee - form 2848. | 90.00 | 0.10 | 9.00 |
| 05/03/2010 | NMH | **Case Administration:** Review ECF mail regarding default judgment as to Green Tree Servicing. | 90.00 | 0.10 | 9.00 |
| 05/06/2010 | NMH | Letter to the client regarding adjourned confirmation hearing. Advised client of new date and time as well as provided action steps to prepare for the hearing. | 90.00 | 0.20 | 18.00 |
| 05/18/2010 | NMH | Draft and revise proof of service for Debtor's chapter 13 confirmation hearing certificate to be served on the trustee. | 90.00 | 0.20 | 18.00 |
| | NMH | **Case Administration:** Plan and prepare file for confirmation hearing ensuring all documents have been received and processed and client has been notified of action necessary in order for confirmation to take place. | 90.00 | 0.30 | 27.00 |
| 05/28/2010 | NMH | Letter to the client regarding granted default judgment as to Green Tree Servicing. | 90.00 | 0.20 | 18.00 |
| | NMH | Draft and revise proof of service for default judgment as to Green Tree Servicing/ MERS, to be served on the trustee and applicable creditors. | 90.00 | 0.20 | 18.00 |
| | | **Case Administration:** | | 12.90 | 1,172.00 |

| Date | | Description | Rate | Hours | |
|---|---|---|---:|---:|---:|
| 08/21/2009 | RFB | **Chapter 13 Plan:** office conference with clients to start Chapter 13. Started work on schedules and means test. Discussed additional documents needed. | 175.00 | 1.30 | 227.50 |
| 09/10/2009 | RFB | **Chapter 13 Plan:** office conference with clients to complete Chapter 13 filing. Discussed lien strip adversary and documents needed. | 175.00 | 1.80 | 315.00 |
| 09/24/2009 | RFB | **Chapter 13 Plan:** review and prepare balance of documents for filing. | 175.00 | 0.40 | 70.00 |
| 09/29/2009 | RFB | **Chapter 13 Plan:** called clients to discuss terms of plan. | 175.00 | 0.10 | 17.50 |
| 12/15/2009 | RFB | **Chapter 13 Plan:** prepare for confirmation: review and analyze trustee objections, trustee records, PACER and file. Review documents provided by clients. | 175.00 | 0.80 | 140.00 |
| 12/18/2009 | RFB | **Chapter 13 Plan:** Draft confirmation cert. | 175.00 | 0.30 | 52.50 |
| | RFB | **Chapter 13 Plan:** Draft OCP. | 175.00 | 0.30 | 52.50 |
| 01/05/2010 | RFB | **Chapter 13 Plan:** prepare for confirmation hearing. Review trustee records, PACER and file. | 185.00 | 0.30 | 55.50 |
| 01/11/2010 | RFB | **Chapter 13 Plan:** attended confirmation hearing. Time includes travel and is prorated for other hearings. | 185.00 | 0.40 | 74.00 |
| 02/01/2010 | RFB | **Chapter 13 Plan:** draft confirmation certificate. | 185.00 | 0.20 | 37.00 |
| | RFB | **Chapter 13 Plan:** draft OCP. | 185.00 | 0.20 | 37.00 |
| 02/05/2010 | RFB | **Chapter 13 Plan:** plan and prepare for confirmation. Review trustee records, PACER and file. | 185.00 | 0.30 | 55.50 |
| 02/08/2010 | RFB | **Chapter 13 Plan:** attended confirmation hearing. Time includes travel and is prorated for other hearings. 3.4 hours/10 hearings. | 185.00 | 0.40 | 74.00 |
| 03/10/2010 | RFB | **Chapter 13 Plan:** telephone conference with client to disciss status of case and adversary. Discussed outstanding objections and need for home appraisal. | 185.00 | 0.30 | 55.50 |

| Date | | | Rate | Hours | |
|---|---|---|---|---|---|
| 03/16/2010 | | | | | |
| | RFB | **Chapter 13 Plan:** draft OCP. | 185.00 | 0.10 | 18.50 |
| | RFB | **Chapter 13 Plan:** draft confirmation cert. | 185.00 | 0.10 | 18.50 |
| 03/19/2010 | | | | | |
| | RFB | **Chapter 13 Plan:** plan and prepare for confirmation hearing. Review PACER to determine status of adversary. | 185.00 | 0.30 | 55.50 |
| 03/22/2010 | | | | | |
| | RFB | **Chapter 13 Plan:** attended confirmation hearing. Time includes travel and is prorated for other hearings. 2.8 hours/8 hearings. | 185.00 | 0.40 | 74.00 |
| 04/20/2010 | | | | | |
| | RFB | **Chapter 13 Plan:** draft email to Trustee addressing insurance expense issue. | 185.00 | 0.10 | 18.50 |
| | RFB | **Chapter 13 Plan:** draft confirmation cert. | 185.00 | 0.20 | 37.00 |
| | RFB | **Chapter 13 Plan:** draft OCP. | 185.00 | 0.20 | 37.00 |
| | RFB | **Chapter 13 Plan:** draft and revise email response to case analyst re issues to be resolved prior to confirmation. | 185.00 | 0.10 | 18.50 |
| 04/26/2010 | | | | | |
| | RFB | **Chapter 13 Plan:** attended confirmation hearing. 1.8 hours; 6 hearings. | 185.00 | 0.30 | 55.50 |
| 05/17/2010 | | | | | |
| | RFB | **Chapter 13 Plan:** draft confirmation certificate. | 185.00 | 0.10 | 18.50 |
| | RFB | **Chapter 13 Plan:** draft OCP. | 185.00 | 0.20 | 37.00 |
| | RFB | **Chapter 13 Plan:** plan and prepare for confirmation hearing scheduled for 5/24. Review trustee records, PACER and file. | 185.00 | 0.30 | 55.50 |
| | | **Chapter 13 Plan:** | | 9.50 | 1,707.50 |
| 11/16/2009 | | | | | |
| | KF | 341 Meeting and 2004 Examinations: prepare for 341 hearing. | 200.00 | 0.30 | 60.00 |
| 11/17/2009 | | | | | |
| | KF | 341 Meeting and 2004 Examinations: Attended 341 hearing. Time pro rated for travel and other hearings (two at 9 AM, three at 10 AM). Concluded. | 200.00 | 0.60 | 120.00 |
| | | 341 Meeting and 2004 Examinations: | | 0.90 | 180.00 |
| 11/03/2009 | | | | | |
| | RFB | **Claims Administration:** review letter from Ascension Capital re 2005 Chrysler Sebring. | 175.00 | 0.10 | 17.50 |
| 11/04/2009 | | | | | |
| | RFB | **Claims Administration:** review secured proof of claim filed by Capital One Auto Finance (claim #1) | 175.00 | 0.20 | 35.00 |

Robert W. & Susan M. Geddes

Account No: 7836-00
Statement No: 47868

| Date | TK | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/24/2009 | RFB | **Claims Administration:** review letter from Wells Fargo re potential loan mod. | 175.00 | 0.10 | 17.50 |
| 04/20/2010 | RFB | **Claims Administration:** review proof of claim filed by GEMB (#3) | 185.00 | 0.10 | 18.50 |
| | RFB | **Claims Administration:** review proof of claim filed by PRA Receivables (#4) | 185.00 | 0.10 | 18.50 |
| | RFB | **Claims Administration:** review proof of claim filed by Portfolio/Chase Bank (#5) | 185.00 | 0.10 | 18.50 |
| | | **Claims Administration:** | | 0.70 | 125.50 |
| 10/13/2009 | TG | Adversary Proceedings: Prepared lien strip adversary complaint. | 100.00 | 1.10 | 110.00 |
| 12/09/2009 | RFB | Review PACER to determine status of adversary proceeding. Review POC filed by Greentree. Need to file POC, recorded second mortgage and appraisal when completed. | 175.00 | 0.30 | 52.50 |
| 03/10/2010 | RFB | Telephone conversation with Green Tree Servicing LLC re strip and order to resolve adversary. | 185.00 | 0.20 | 37.00 |
| 03/19/2010 | RFB | Review home appraisal provided for adversary. Prepare to be filed as exhibit. | 185.00 | 0.30 | 55.50 |
| 04/05/2010 | RFB | Review PACER and file to determine status of adversary. Prepared additional exhibits required by Court. | 185.00 | 0.30 | 55.50 |
| 04/26/2010 | RFB | Adversary Proceedings: review notice from Court re exhibit for recorded second mortgage. | 185.00 | 0.10 | 18.50 |
| | | Adversary Proceedings: | | 2.30 | 329.00 |
| 06/01/2010 | RFB | Fee Application Preparation. | 185.00 | 1.00 | 179.00 |
| | | Fee Application Preparation: | | 1.00 | 179.00 |
| | | For Current Services Rendered | | 27.30 | 3,693.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Ryan F. Beach | 13.20 | $179.62 | $2,371.00 |
| Nicole M. Hollihan | 10.20 | 90.00 | 918.00 |

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Kevin Fitzpatrick | 0.90 | 200.00 | 180.00 |
| Shelly Ingraham | 1.90 | 60.00 | 114.00 |
| Troy Green | 1.10 | 100.00 | 110.00 |

*BLENDED RATE = $180.92*

### Expenses

| Date | Description | Amount |
|---|---|---|
| 10/15/2009 | Photocopy charges to serve adversary complaint on Green Tree and MERS. 2 creditors, $.15 per copy, 9 pages | 2.70 |
| 10/15/2009 | Postage to serve adversary complaint on Green Tree and MERS. 2 creditors x 5.71 (certified mail) | 11.42 |
| 11/05/2009 | Photocopy charges to serve Chapter 13 Plan on the creditor matrix. 11 creditors, $.15 per copy, 6 pages. | 9.90 |
| 11/05/2009 | Postage to serve Chapter 13 Plan on the creditor matrix. 11 creditors x .44 | 4.84 |
| 12/01/2009 | Photocopy charges to serve application for default in adversary proceeding on Green Tree and MERS. 2 creditors, $.15 per copy, 8 pages. | 2.40 |
| 06/01/2010 | Misc. photocopy charges, postage, PACER charges and supplies. | 15.00 |
| 12/01/2010 | Postage to serve application for default in adversary proceeding on Green Tree and MERS. 2 creditors x 5.71 (certified mail). | 11.42 |

Total Expenses 57.68

Total Current Work 3,750.68

Balance Due $3,750.68

Please Remit $3,750.68

Final Statement Run Totals 06/01/2010

Statements Printed: 1
Hours: 27.30
Fees: 3,693.00
Expenses: 57.68

Statements Printed: 1
Hours: 27.30

WDJ/W. Johnson/Atty/225.00/hr
MLE/M.Enloe, of Counsel/Atty/225.00/hr
RFB/R.Beach/Atty/185.00/hr
CWJ/C.Jones/Atty/220.00/hr
KF/K.FitzPatrick/Atty/210.00/hr
CM/C. MacIssac/Atty/185.00hr
SMD/S.Davis/Atty/210.00/hr
TDG/T. Green/Atty/150.00hr
DC/D. DiCicco/Atty/195.00/hr
JNN/J. Novell/Atty/150.00/hr
NMH/N.Hollihan/P.Legal/90.00/hr
CCM/C.Millns/P.Legal/90.00/hr
MM/M.Morrison/P.Legal/85.00/hr
SAI/S.Ingraham/L. Asst/60.00/hr
CB/C.Brown/L. Asst/60.00/hr

## William D. Johnson, Attorney
Education:
- Bachelor of Arts in Business Administration in Finance, Walsh College
- Graduated with honors
- Juris Doctor from Detroit College of Law (1994) Post-Graduate, Wayne State University. Continued studies toward Master's Degree in Law with a concentration in Bankruptcy and Finance

Associations:
- Member, State Bar of Michigan
- Member, Federal Bar Association
- Member, American Bar Association
- Member, Consumer Bar Association
- Founding Member, Detroit Debtor Bar Association

## Christopher W. Jones, Attorney
Education:
- Bachelor of Arts in Business Administration - Pre-Law, Michigan State University (2000)
- Honors: Cum Laude, Beta Gamma Sigma National Honor Society member
- Juris Doctor from Ave Maria School of Law (2004)
- Honors: Graduated 10th in his class, Editorial Board Member for the Ave Maria Law Review, Best Student Performance in Fall 2002.

Associations:
- Member, State Bar of Michigan
- Federal Bar Association
- American Bar Association

## Kevin FitzPatrick, Attorney
Education:
- Bachelor of Arts in History, Wayne State University (1995)
- Honors: Summa Cum Laude, Elected to Phi Beta Kappa
- Juris Doctor from Wayne State University (1999)
- Honors: Moot Court 1997-98

Associations:
- Member, State Bar of Michigan, Federal Bar Association
- Member, Labor and Employment Section, State Bar of Michigan
- Member, American Bar Association; Litigation and Labor and Employment Sections

## Stacy M. Davis, Attorney
Education:
- Bachelor of Arts in History, Madonna University (1997)
- Oakland University, General Studies (1989-1992)
- Juris Doctor from Michigan State University College of Law (2002)
- Honors: Graduated Cum Laude, Entertainment and Sports Law Society Treasurer

Associations:
- Member, State Bar of Michigan
- Federal Bar Association

## Daniel DiCicco, Attorney
Education:
- Bachelor of Arts in Communication, Purdue (2004)
- Juris Doctor from Wayne State University (2007)
- Honors: Graduated Cum Laude, Dean's List, Moot Court, Board of Governor's Merit Scholarship

Associations:
- Member, State Bar of Michigan
- Member, Federal Bar Association
- Member, American Bar Association

### Mary Enloe, Attorney
Education:
- Bachelor of Science in Economics, Eastern Michigan University (1995)
- Juris Doctor from University of Detroit School of Law, May 1988.
- Honors: Graduated Cum Laude

Associations:
- Member, State Bar of Michigan
- Member, Federal Bar Association

### Ryan Beach, Attorney
Education:
- Bachelor of Arts, Michigan State University (2002)
- Honors: Graduated with High Honors within the top 5% of class, 4.0 within Major
- Juris Doctor from Wayne State University (2007)
- Honors: Graduated Cum Laude

Associations:
- Member, State Bar of Michigan,
- Member, Federal Bar Association
- Oakland County Bar Association
- Member, American Bar Association

### Troy D. Green, Attorney
Education:
- Bachelor of Arts in General Studies, University of Michigan (2006)
- Juris Doctor from Regent University School of Law (2009)
- Honors: Graduated in Top 10% of class; Managing Editor, Regent Journal of International Law.

Associations:
- Member, State Bar of Michigan
- Member, Federal Bar Association

### Joseph Novell, Attorney
Education:
- Bachelor of Arts in Science in Economics, Eastern Michigan University (2006)
- Honors: Summa Cum Laude
- Juris Doctor from Wayne State University (2009)
- Honors: Graduated Cum Laude, Order of the Coif, Dean's Scholar, Law Review

Associations:
- Member, State Bar of Michigan
- Member, Federal Bar Association
- Member, American Bar Association