UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: ROBERT W. & SUSAN M. GEDDES

Case Number: 09-68334 WSD
Chapter 13
Debtor.
Judge SHAPERO

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
26200 Lahser Rd. Ste. 330
Southfield, MI 48033
(248) 443-7033
_____/

## CERTIFICATE OF NO RESPONSE

A Motion Under LBR, Rule 9014-1 to Order Approving Fees Pre-Confirmation, a proposed Order and a Notice to Parties in interest, was sent to all interested parties on June 9, 2010.

No interested party has filed an objection with the court to the entry of the proposed Order.

Respectfully submitted:

/s/ William D. Johnson
WILLIAM D. JOHNSON(P54823)
Attorney for Debtor
Acclaim Legal Services PLLC
17117 West Nine Mile Road, Suite 925
Southfield, MI 48075
248-443-7033
filing@acclaimlegalservices.com