UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: **ROBERT W. & SUSAN M. GEDDES**

Case Number: 09-68334 WSD
Chapter 13
Judge SHAPERO

Debtor.

_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
26200 Lahser Rd. Ste. 330
Southfield, MI 48033
(248) 443-7033
_____/

## ORDER APPROVING FEE APPLICATION

This matter having come before the Court upon the application of approval of fees and costs pursuant to LBR 9014, all interested parties having been served with notice of the application and the provisions of LBR 2016-1 having been met, no objections to the application having been received and a certification of no response having been filed, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED:

1. The Court approves Applicant's fees and expenses as follows:

   | | | |
   |---|---|---|
   | THIS AWARD FOR FEES: | $3,693.00 | |
   | THIS AWARD FOR COSTS: | $57.68 | |
   | TOTAL THIS AWARD: | | $3,750.68 |
   | GRAND TOTAL FEES AND COSTS | | $3,750.68 |
   | LESS AMOUNT PAID DIRECTLY BY DEBTOR | | ($0.00) |
   | BALANCE TO BE PAID BY TRUSTEE | | $3,750.68 |

2. The fees requested herein are for services rendered after August 21, 2009 up through June 1, 2010.

**Signed on July 13, 2010**

                                                                /s/ Walter Shapero
                                                             Walter Shapero
                                                       United States Bankruptcy Judge