UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: **ROBERT W. & SUSAN M. GEDDES**

Debtor.

Case Number: 09-68334 WSD
Chapter 13
Judge SHAPERO

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
26200 Lahser Rd. Ste. 330
Southfield, MI 48033
(248) 443-7033
_____/

## CERTIFICATE OF NO RESPONSE

A Motion Under LBR, Rule 9014-1 to Order Approving Fees Post-Confirmation, a proposed Order and a Notice to Parties in interest, was sent to all interested parties on July 26, 2011.

Debtor's counsel has not been notified by any party of any objection or response to the entry of the proposed Order.

Respectfully submitted:

/s/ William Johnson
William Johnson (P54823)
Attorney for Debtor
Acclaim Legal Services PLLC
26200 Lasher Road, Suite 330
Southfield, MI 48033
248-443-7033
filing@acclaimlegalservices.com