# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

IN RE: **ROBERT W. & SUSAN M. GEDDES**

Debtor.

Case Number: 09-68334 WSD
Chapter 13
Judge SHAPERO

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
26200 Lahser Rd. Ste. 330
Southfield, MI 48033
(248) 443-7033

/

## SECOND APPLICATION FOR ORDER APPROVING POST CONFIRMATION ATTORNEY FEES

1. This award for fees: $211.00
   This award for costs: $0.00
   Total this award: $211.00
   Fees advanced by client: $0.00

2. The fees requested herein are for services rendered after July 19, 2011 up through November 10, 2011.

3. This application covers the allowance of compensation for professional services rendered on behalf of the debtor in connection with post confirmation services, including but not limited to services to ensure continued progression under the reorganization and work associated with case review.

4. There is no Adversary or Federal Litigation affecting this matter

5. The current status of the bankruptcy case is: confirmed
   A. The impact on the case resulting from the fee application is: none
   Currently the plan is running 60 months
   With approval of the fee application, the plan would run 60 months

6. Counsel anticipates providing services necessary to oversee and monitor the case to ensure continued progression going forward.

7. Accrued unpaid administrative expenses to date are $0.00.

8. Specific instance in which an award is sought for the service of more than one professional and paraprofessional and the justification for each such instance: Does not apply.

9. The total fees and expenses previously approved is $4,_4.39.

10. Pursuant to L.B.R. 2016-1(a)(10) the Debtor has had a previous opportunity to review the application. The Debtor has not previously approved the requested amount. The Debtor was sent a copy of the fee application 7 days before it was filed with the court. The Debtor has not provided written concurrence or objection to the requested fees.

WHEREFORE, William D. Johnson, and Acclaim Legal Services, PLLC requests an Order awarding the sum of $211.00.

                                        /s/ William D. Johnson
                                WILLIAM D. JOHNSON (P54823)
                                Acclaim Legal Services, PLLC
                                26200 Lahser Rd., Ste., 300
                                Southfield, MI 48033
                                248-443-7033
                                filing@acclaimlegalservices.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE: **ROBERT W. & SUSAN M. GEDDES**

Debtor.

Case Number: 09-68334 WSD
Chapter 13
Judge SHAPERO

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
26200 Lahser Rd. Ste. 330
Southfield, MI 48033
(248) 443-7033

_____/

## ORDER APPROVING FEE APPLICATION

This matter having come before the Court upon the application of approval of fees and costs pursuant to LBR 9014, all interested parties having been served with notice of the application and the provisions of LBR 2016-1 having been met, no objections to the application having been received and a certification of no response having been filed, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED:

1. The Court approves Applicant's fees and expenses as follows:

   | | | |
   |---|---|---|
   | TOTAL AWARD TO DATE: | $4,064.39 | |
   | THIS AWARD FOR FEES: | $211.00 | |
   | THIS AWARD FOR COSTS: | $0.00 | |
   | TOTAL THIS AWARD: | | $211.00 |
   | GRAND TOTAL FEES AND COSTS | | $4,275.39 |
   | LESS AMOUNT PAID DIRECTLY BY DEBTOR | | ($0.00) |
   | BALANCE TO BE PAID BY TRUSTEE | | $211.00 |

2. The fees requested herein are for services rendered after July 19, 2011 up through November 10, 2011.

# United States Bankruptcy Court
## Eastern District of Michigan

In re: **Robert W. Geddes, Susan M. Geddes**, Debtor(s)

Case No. _____
Chapter **13**

## STATEMENT OF ATTORNEY FOR DEBTOR(S) PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1. The undersigned is the attorney for the Debtor(s) in this case.

2. The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

    [X] **FLAT FEE**

    A. For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid .................................... **3,000.00**

    B. Prior to filing this statement, received ........................... **0.00**

    C. The unpaid balance due and payable is ............................ **3,000.00**

    D. The total charge for Attorney fees and costs up to and including confirmation hearing may exceed the flat fee stated in 2.A. If the total fees and costs expended on your behalf exceed the flat fee stated in A, then an Application for Attorney Fees will be filed with the court and you will be provided with notice and the opportunity to review the fees and object. Circumstances which can lead to **Acclaim Legal Services, PLLC** electing to file a fee application include, but are not limited to, missed or additional hearings, objections to proof of claims, objections to Plans, motions for relief from stay, and other factors that **Acclaim Legal Services, PLLC** may not be able to anticipate at the time of consultation and/or preparation of documents.

    The flat rate does NOT include any work performed on your behalf post-confirmation. Work performed on your behalf after the confirmation of your case will be billed at an hourly rate (see B. below) and an Application for Attorney Fees will be filed with the court and you will be provided with notice and the opportunity to review the fees and object.

    Debtor Initials _____

    Attorney fees are non-contingent based. In the event of early termination of case via dismissal, voluntary dismissal, case conversion, etc. an Application for Attorney Fees will be filed with the court for work performed.

    Co-Debtor Initials _____

    [X] **RETAINER**

    A. Amount of retainer received .................................... _____

    B. The undersigned shall bill against the retainer at an hourly rate of **$225.00**. [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer. The above rate shall be effective whenever **Acclaim Legal Services, PLLC** elects to file a fee application pursuant to the circumstances described in Paragraph 2.D. above.

3. $ **274.00** of the filing fee has been paid.

4. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do not apply.]

    A. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    B. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    C. Representation of the debtor at the meeting of creditors and confirmation hearing;
    D. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    E. ~~Reaffirmations;~~
    F. ~~Redemptions;~~

5. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

6. The source of payments to the undersigned was from:
   A. __XX__ Debtor(s)' earnings, wages, compensation for services performed
   B. _____ Other (describe, including the identity of payor) _____

7. The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Dated: **August 21, 2009**

/s/ **William D. Johnson**
Attorney for the Debtor(s)
**William D. Johnson P54823**
**Acclaim Legal Services, PLLC**
**17117 W. Nine Mile**
**Suite 925**
**Southfield, MI 48075**
**248-443-7033 filing@acclaimlegalservices.com**

Agreed: /s/ **Robert W. Geddes**
**Robert W. Geddes**
Debtor

/s/ **Susan M. Geddes**
**Susan M. Geddes**
Debtor

ACCLAIM LEGAL SERVICES, P.L.L.C
William D. Johnson
Attorney at Law
26200 Lahser Road
Suite 330
Southfield, MI 48033
(248) 443-7033

Robert W. & Susan M. Geddes
13078 Masonic
Warren MI 48088

Page: 1
11/10/2011
Account No: 7836-00
Statement No: 59220

## Fees

| Date | TK | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/28/2011 | | | | | |
| | NMH | **Case Administration:** Review ECF mail regarding Order modifying the automatic stay. | 90.00 | 0.10 | 9.00 |
| | NMH | Letter to the cleint regarding the order modifying the automatic stay. Advised client of terms and conditions in order to avoid order vacating automatic stay as to property. | 90.00 | 0.20 | 18.00 |
| 08/12/2011 | | | | | |
| | RFB | **Claims Administration:** review proof of claim filed by Wells Fargo (#6) | 195.00 | 0.10 | 19.50 |
| 09/07/2011 | | | | | |
| | NMH | Draft and revise second amended pay order to be served on the employer. | 90.00 | 0.20 | 18.00 |
| 11/10/2011 | | | | | |
| | RFB | **Case Administration:** conduct case review. Review trustee records, PACER and file to determine accuracy of claims and their treatment, status of case and action necessary to timely complete plan and obtain discharge. | 195.00 | 0.50 | 97.50 |
| | RFB | **Case Administration:** draft and revise letter to client re case review. Provided details on status of case and action necessary to timely complete Plan and obtain discharge. | 195.00 | 0.20 | 39.00 |
| | RFB | Fee Application Preparation. | 195.00 | 0.10 | 10.00 |
| | | For Current Services Rendered | | 1.40 | 211.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Ryan F. Beach | 0.90 | $184.44 | $166.00 |
| Nicole M. Hollihan | 0.50 | 90.00 | 45.00 |

BLENDED RATE = $184.44

Total Current Work 211.00

Balance Due $211.00

Please Remit $211.00

WDJ/W. Johnson/Atty/235.00/hr
RFB/R.Beach/Atty/195.00/hr
CWJ/C.Jones/Atty/230.00/hr
KF/K.FitzPatrick/Atty/220.00/hr
SMD/S.Davis/Atty/220.00/hr
TDG/T. Green/Atty/160.00hr
DC/D. DiCicco/Atty/195.00/hr
JNN/J. Novell/Atty/160.00/hr
NMH/N.Hollihan/P.Legal/90.00/hr
CCM/C.Millns/P.Legal/90.00/hr
MM/M.Morrison/P.Legal/85.00/hr
AK/A. Kryska/P.Legal/85.00/hr
TA/T. Arrington/L. Asst/70.00/hr

Final Statement Run Totals 11/10/2011

Statements Printed: 1
Hours: 1.40
Fees: 211.00

### William D. Johnson, Attorney
Education:
- Bachelor of Arts in Business Administration in Finance, Walsh College
- Graduated with honors
- Juris Doctor from Detroit College of Law (1994) Post-Graduate, Wayne State University. Continued studies toward Master's Degree in Law with a concentration in Bankruptcy and Finance

Associations:
- Member, State Bar of Michigan
- Member, Federal Bar Association
- Member, American Bar Association
- Member, Consumer Bar Association
- Founding Member, Detroit Debtor Bar Association

### Christopher W. Jones, Attorney
Education:
- Bachelor of Arts in Business Administration - Pre-Law, Michigan State University (2000)
- Honors: Cum Laude, Beta Gamma Sigma National Honor Society member
- Juris Doctor from Ave Maria School of Law (2004)
- Honors: Graduated 10th in his class, Editorial Board Member for the Ave Maria Law Review, Best Student Performance in Fall 2002.

Associations:
- Member, State Bar of Michigan
- Member, Federal Bar Association
- Member, American Bar Association

### Kevin FitzPatrick, Attorney
Education:
- Bachelor of Arts in History, Wayne State University (1995)
- Honors: Summa Cum Laude, Elected to Phi Beta Kappa
- Juris Doctor from Wayne State University (1999)
- Honors: Moot Court 1997-98

Associations:
- Member, State Bar of Michigan, Federal Bar Association
- Member, Labor and Employment Section, State Bar of Michigan
- Member, American Bar Association; Litigation and Labor and Employment Sections

### Stacy M. Davis, Attorney
Education:
- Bachelor of Arts in History, Madonna University (1997)
- Oakland University, General Studies (1989-1992)
- Juris Doctor from Michigan State University College of Law (2002)
- Honors: Graduated Cum Laude, Entertainment and Sports Law Society Treasurer

Associations:
- Member, State Bar of Michigan
- Federal Bar Association

### Daniel DiCicco, Attorney
Education:
- Bachelor of Arts in Communication, Purdue (2004)
- Juris Doctor from Wayne State University (2007)
- Honors: Graduated Cum Laude, Dean's List, Moot Court, Board of Governor's Merit Scholarship

Associations:
- Member, State Bar of Michigan
- Member, Federal Bar Association
- Member, American Bar Association

### Ryan Beach, Attorney
Education:
- Bachelor of Arts, Michigan State University (2002)
- Honors: Graduated with High Honors within the top 5% of class, 4.0 within Major
- Juris Doctor from Wayne State University (2007)
- Honors: Graduated Cum Laude

Associations:
- Member, State Bar of Michigan,
- Member, Federal Bar Association

### Troy D. Green, Attorney
Education:
- Bachelor of Arts in General Studies, University of Michigan (2006)
- Juris Doctor from Regent University School of Law (2009)
- Honors: Graduated in Top 10% of class; Managing Editor, Regent Journal of International Law.

Associations:
- Member, State Bar of Michigan
- Member, Federal Bar Association

### Joseph Novell, Attorney
Education:
- Bachelor of Arts in Science in Economics, Eastern Michigan University (2006)
- Honors: Summa Cum Laude
- Juris Doctor from Wayne State University (2009)
- Honors: Graduated Cum Laude, Order of the Coif, Dean's Scholar, Law Review

Associations:
- Member, State Bar of Michigan
- Member, Federal Bar Association
- Member, American Bar Association