B20A (Official Form 20A) (Notice of Motion or Objection) (12/10)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

IN RE: **ROBERT W. & SUSAN M. GEDDES**

Case Number: 09-68334 WSD
Chapter 13
Judge SHAPERO

Debtor.

Address: 13078 Masonic
Warren, MI 48088

Last four digits of Social Security or Individual
Tax-payer Identification (ITIN) No(s)., (if any): xxx-xx-7487 & xxx-xx-7903
Employer's Tax Identification (EIN) No(s). (if any): __

## NOTICE OF SECOND APPLICATION FOR ORDER APPROVING ATTORNEY FEES POST CONFIRMATION

Counsel for Debtor has filed papers with the court to obtain approval for payment of the following attorney fees:

| | |
|---|---|
| This award for fees: | $211.00 |
| This award for costs: | $0.00 |
| Total this award: | $211.00 |
| Fees advanced by client: | $0.00 |

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney, you may wish to consult one).

If you do not want the court to grant this fee application, or if you want the court to consider your views on the fee application, within 14 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:
   **United States Bankruptcy Court, 211 West Fort Street, Detroit, Michigan 48226**

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:
**William D. Johnson, Acclaim Legal Services, 26200 Lahser Rd., Ste. 330, Southfield, MI 48033**

**Tammy Terry, Chapter 13 Standing Trustee, 535 Griswold, Suite 2100, Detroit, MI 48226**

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in motion or objection and may enter an order granting that relief.

Date: November 14, 2011

/s/ William D. Johnson
WILLIAM D. JOHNSON (P54823)
Acclaim Legal Services, PLLC
26200 Lahser Rd. Ste. 330
Southfield, MI 48033
248-443-7033
filing@acclaimlegalservices.com