UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: **ROBERT W. & SUSAN M. GEDDES**

Case Number: 09-68334 WSD
Chapter 13
Judge SHAPERO

Debtor.

# FIRST AMENDED PAYMENT ORDER

The above named Debtor(s) having filed a Petition for relief under Chapter 13 of the Bankruptcy Code, and Debtor, Robert W. Geddes, and Tammy L. Terry, Standing Chapter 13 Trustee, having stipulated and agreed to the entry of this Amended Payment Order pursuant to L.B.R. 1007-1(g) (E.D.M.),

IT IS HEREBY ORDERED that **B&B Trucking, Inc.** (Payor), at (address**) 6147 Technology Ave., Kalamazoo, MI 49009** immediately forward and make payable to:

**Chapter 13 Standing Trustee
PO Box 2039
Memphis, TN 38101-2039**

**$188.66** per **Bi-Weekly** (pay period) of the Debtor(s)' future gross income until the further Order of the Court and that it cease and desist from giving effect to any prior or future garnishment, assignment, of the Debtor(s)' income except for order for child support, or alimony, current withholding taxes, union dues, and medical or other insurance premiums. **All 401K (payroll) deductions, deductions attributable to repayments on loans from 401 (K) and pensions shall continue.**

**Signed on February 15, 2012**

　　　　　　　　　　　　　　　　　　　**/s/ Walter Shapero**
　　　　　　　　　　　　　　　　**Walter Shapero
　　　　　　　　　　　　　　　　United States Bankruptcy Judge**