UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: **ROBERT W. & SUSAN M. GEDDES**

Debtor.

Case Number: 09-68334 WSD
Chapter 13
Judge SHAPERO

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
26200 Lahser Rd. Ste. 330
Southfield, MI 48033
(248) 443-7033
_____/

## THIRD APPLICATION FOR ORDER APPROVING POST CONFIRMATION ATTORNEY FEES

1. This award for fees: $708.00
   This award for costs: $68.02
   Total this award: $776.02
   Fees advanced by client: $0.00

2. The fees requested herein are for services rendered after November 11, 2011 up through March 8, 2012.

3. This application covers the allowance of compensation for professional services rendered on behalf of the debtor in connection with post confirmation services, including but not limited to services to ensure continued progression under the reorganization and drafting of successful plan modification and motion to incur debt for purpose of obtaining a new vehicle.

4. There is no Adversary or Federal Litigation affecting this matter

5. The current status of the bankruptcy case is: confirmed
   A. The impact on the case resulting from the fee application is: none
   Currently the plan is running 60 months
   With approval of the fee application, the plan would run 60 months

6. Counsel anticipates providing services necessary to oversee and monitor the case to ensure continued progression going forward.

7. Accrued unpaid administrative expenses to date are $0.00.

8. Specific instance in which an award is sought for the service of more than one professional and paraprofessional and the justification for each such instance: Does not apply.

9. The total fees and expenses previously approved is $4,275.39.

10. Pursuant to L.B.R. 2016-1(a)(10) the Debtor has had a previous opportunity to review the application. The Debtor has not previously approved the requested amount. The Debtor was sent a copy of the fee application 7 days before it was filed with the court. The Debtor has not provided written concurrence or objection to the requested fees.

WHEREFORE, William D. Johnson, and Acclaim Legal Services, PLLC requests an Order awarding the sum of $776.02.

                              /s/ William D. Johnson
                              WILLIAM D. JOHNSON (P54823)
                              Acclaim Legal Services, PLLC
                              26200 Lahser Rd., Ste., 300
                              Southfield, MI 48033
                              248-443-7033
                              filing@acclaimlegalservices.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: **ROBERT W. & SUSAN M. GEDDES**

Debtor.

Case Number: 09-68334 WSD
Chapter 13
Judge SHAPERO

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
26200 Lahser Rd. Ste. 330
Southfield, MI 48033
(248) 443-7033

_____/

## ORDER APPROVING FEE APPLICATION

This matter having come before the Court upon the application of approval of fees and costs pursuant to LBR 9014, all interested parties having been served with notice of the application and the provisions of LBR 2016-1 having been met, no objections to the application having been received and a certification of no response having been filed, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED:

1. The Court approves Applicant's fees and expenses as follows:

   | | | |
   |---|---|---|
   | TOTAL AWARD TO DATE: | $4,275.39 | |
   | THIS AWARD FOR FEES: | $708.00 | |
   | THIS AWARD FOR COSTS: | $68.02 | |
   | TOTAL THIS AWARD: | | $776.02 |
   | GRAND TOTAL FEES AND COSTS | | $5,051.41 |
   | LESS AMOUNT PAID DIRECTLY BY DEBTOR | | ($0.00) |
   | BALANCE TO BE PAID BY TRUSTEE | | $776.02 |

2. The fees requested herein are for services rendered after November 11, 2011 up through March 8, 2012.

| In re | Robert W. Geddes<br>Susan M. Geddes | | Case No. | |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | **13** |

### STATEMENT OF ATTORNEY FOR DEBTOR(S)<br>PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1. The undersigned is the attorney for the Debtor(s) in this case.

2. The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

   [X] **FLAT FEE**
   - A. For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid ........................................ **3,000.00**
   - B. Prior to filing this statement, received ........................................ **0.00**
   - C. The unpaid balance due and payable is ........................................ **3,000.00**
   - D. The total charge for Attorney fees and costs up to and including confirmation hearing may exceed the flat fee stated in 2.A. If the total fees and costs expended on your behalf exceed the flat fee stated in A, then an Application for Attorney Fees will be filed with the court and you will be provided with notice and the opportunity to review the fees and object. Circumstances which can lead to **Acclaim Legal Services, PLLC** electing to file a fee application include, but are not limited to, missed or additional hearings, objections to proof of claims, objections to Plans, motions for relief from stay, and other factors that **Acclaim Legal Services, PLLC** may not be able to anticipate at the time of consultation and/or preparation of documents.

     Debtor Initials _____

     The flat rate does NOT include any work performed on your behalf post-confirmation. Work performed on your behalf after the confirmation of your case will be billed at an hourly rate (see B. below) and an Application for Attorney Fees will be filed with the court and you will be provided with notice and the opportunity to review the fees and object.

     Attorney fees are non-contingent based. In the event of early termination of case via dismissal, voluntary dismissal, case conversion, etc. an Application for Attorney Fees will be filed with the court for work performed.

     Co-Debtor Initials _____

   [X] **RETAINER**
   - A. Amount of retainer received ........................................ _____
   - B. The undersigned shall bill against the retainer at an hourly rate of **$225.00**. [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer. The above rate shall be effective whenever **Acclaim Legal Services, PLLC** elects to file a fee application pursuant to the circumstances described in Paragraph 2.D. above.

3. $ **274.00** of the filing fee has been paid.

4. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do not apply.]
   - A. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   - B. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   - C. Representation of the debtor at the meeting of creditors and confirmation hearing;
   - ~~D. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
   - ~~E. Reaffirmations;~~
   - ~~F. Redemptions;~~

5. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

6. The source of payments to the undersigned was from:
   A. __XX__ Debtor(s)' earnings, wages, compensation for services performed
   B. _____ Other (describe, including the identity of payor)

7. The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Dated: **August 21, 2009**

/s/ William D. Johnson
Attorney for the Debtor(s)
**William D. Johnson P54823**
**Acclaim Legal Services, PLLC**
**17117 W. Nine Mile**
**Suite 925**
**Southfield, MI 48075**
**248-443-7033 filing@acclaimlegalservices.com**

Agreed: /s/ **Robert W. Geddes**
**Robert W. Geddes**
Debtor

/s/ **Susan M. Geddes**
**Susan M. Geddes**
Debtor

ACCLAIM LEGAL SERVICES, P.L.L.C
William D. Johnson
Attorney at Law
26200 Lahser Road
Suite 330
Southfield, MI 48033
(248) 443-7033

|  |  |
|---|---|
| Robert W. & Susan M. Geddes | Page: 1 |
| 13078 Masonic | 03/08/2012 |
| Warren MI 48088 | Account No:  7836-00 |
|  | Statement No: 59876 |

## Fees

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
| 12/15/2011 | | | | | |
| | NMH | **Case Administration:** Draft and revise proof of service for plan modificaiton, to be served on the Trustee and creditor matrix. | 90.00 | 0.20 | 18.00 |
| | NMH | Draft and revise proof of service for amended schedules I and J, to be served on the Trustee. | 90.00 | 0.20 | 18.00 |
| 12/29/2011 | | | | | |
| | NMH | **Case Administration:** Review ECF mail regarding objection to plan modification filed by the Trustee. NO CHARGE | 90.00 | | |
| 01/03/2012 | | | | | |
| | NMH | **Case Administration:** Telephone conversation with the client regarding the Trustee objection to his plan modification. NO CHARGE | 90.00 | | |
| 01/11/2012 | | | | | |
| | NMH | **Case Administration:** Reviewed fax from car dealership regarding vehicle clients want to purchase. | 90.00 | 0.10 | 9.00 |
| 01/13/2012 | | | | | |
| | NMH | Letter to the client regarding objection to plan modification hearing. Advised client of date and time as well as provided action steps to prepare for the hearing. NO CHARGE | 90.00 | | |
| 01/19/2012 | | | | | |
| | NMH | Draft and revise proof of service for Order Modifying Plan. | 90.00 | 0.20 | 18.00 |
| | NMH | Draft and revise stipulation for first amended plan payment to be reviewed and signed upon approval of the proposed order. | 90.00 | 0.20 | 18.00 |
| | NMH | Draft and revise first amended pay order, to be served on the employer. | 90.00 | 0.20 | 18.00 |
| | NMH | Letter to the client regarding granted Order Modifying Plan. Advised client of terms and conditions. | 90.00 | 0.20 | 18.00 |
| | NMH | **Case Administration:** Telephone conversation with the client regarding plan modification and motion to incur debt. | 90.00 | 0.20 | 18.00 |

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 01/31/2012 | NMH | **Case Administration:** Telephone conversation with a representative of the Trustee's office regarding questions about the debtor's pay roll frequency. | 90.00 | 0.10 | 9.00 |
| 02/01/2012 | NMH | **Case Administration:** Telephone conversation with the client regarding payroll frequency. | 90.00 | 0.10 | 9.00 |
| | NMH | **Case Administration:** Correspondence to the Trustee to verify change in payroll frequency to bi-weekly. | 90.00 | 0.10 | 9.00 |
| 02/02/2012 | NMH | **Case Administration:** Draft and revise proof of service for motion to incur debt for a car, to be served on the Trustee and creditor matrix. | 90.00 | 0.20 | 18.00 |
| | NMH | Draft and revise proof of service for second amended schedule J, to be served on the Trustee. | 90.00 | 0.20 | 18.00 |
| 02/16/2012 | NMH | Draft and revise proof of service for first amended pay order to be served on the Trustee. | 90.00 | 0.20 | 18.00 |
| | NMH | Letter to employer with information regarding the first amended payment order. Provided plan payment amount, frequency and detailed information on how to administer payments. | 90.00 | 0.20 | 18.00 |
| 02/21/2012 | NMH | **Case Administration:** Review PACER to check for any objection to the motion to incur debt for a motor vehicle, prior to filing the CNR with the court. | 90.00 | 0.10 | 9.00 |
| | NMH | **Case Administration:** Draft and revise CNR to motion to incur debt to purchase a motor vehicle, to be filed with the court. | 90.00 | 0.20 | 18.00 |
| 02/27/2012 | NMH | Draft and revise proof of service for order allowing debtor to incur debt for a car, to be served on the Trustee and creditor matrix. | 90.00 | 0.20 | 18.00 |
| | NMH | Letter to the client regarding Order allowing debtor to incur debt for a car. Advised client | 90.00 | 0.20 | 18.00 |
| | | **Case Administration:** | | 3.30 | 297.00 |
| 12/01/2011 | RFB | **Chapter 13 Plan:** review paystubs provided by client. Draft amended Schedule I for proposed plan mod. Review Trustee records and run plan calcs to determine options. Draft email to client to address changes in budget and needed amended Schedule J. | 195.00 | 0.40 | 78.00 |
| | RFB | **Chapter 13 Plan:** draft email to clients with Schedule J attached. Addressed plan mod options and changes in | | | |

|  |  | Rate | Hours |  |
|---|---|---:|---:|---:|
|  | expenses. Telephone call to client re same. | 195.00 | 0.10 | 19.50 |
| 12/02/2011 RFB | **Chapter 13 Plan:** telephone conversation with client re amended Schedule J. | 195.00 | 0.20 | 39.00 |
| 12/15/2011 RFB | **Chapter 13 Plan:** draft proposed plan modification. | 195.00 | 0.70 | 136.50 |
| RFB | **Chapter 13 Plan:** send supporting documents to the Trustee for proposed plan mod. | 195.00 | 0.10 | 19.50 |
| 01/10/2012 RFB | **Chapter 13 Plan:** review Trustee's objections to plan mod. Draft stip and order to resolve. Sent to Trustee case analyst for review. NO CHARGE | 0.00 |  |  |
|  | **Chapter 13 Plan:** |  | 1.50 | 292.50 |
| 02/02/2012 RFB | Relief from Stay, Extension & Imposition of Stay, Adequate Protection: draft motion to incur debt (purchase of motor vehicle) and amended schedule J. | 205.00 | 0.50 | 102.50 |
|  | Relief from Stay, Extension & Imposition of Stay, Adequate Protection: |  | 0.50 | 102.50 |
| 03/08/2012 RFB | Fee Application Preparation. | 205.00 | 0.10 | 16.00 |
|  | Fee Application Preparation: |  | 0.10 | 16.00 |
|  | For Current Services Rendered |  | 5.40 | 708.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Ryan F. Beach | 2.10 | $195.71 | $411.00 |
| Nicole M. Hollihan | 3.30 | 90.00 | 297.00 |

*BLENDED RATE = $195.71*

Expenses

| Date |  |  |
|---|---|---:|
| 12/15/2011 | Photocopy charges to serve proposed plan modification on the creditor matrix. 19 creditors, $.15 per copy, 9 pages. | 25.65 |
| 12/15/2011 | Postage to serve proposed plan modification on the creditor matrix. 19 creditors x .60 | 11.40 |
| 02/02/2012 | Photocopy charges to serve motion to incur debt on the creditor matrix. 19 creditors, $.15 per copy, 4 pages. | 11.40 |
| 02/02/2012 | Postage to serve motion to incur debt on the creditor matrix. 19 creditors x .44 | 8.36 |
| 02/27/2012 | Photocopy charges to order granting motion to incur debt on the creditor matrix. 19 creditors, $.15 per copy, 1 page. | 2.85 |
| 02/27/2012 | Postage to order granting motion to incur debt on the creditor matrix. 19 creditors x .44 | 8.36 |
|  | Total Expenses | 68.02 |

Robert W. & Susan M. Geddes

| | | |
|---|---|---:|
| | Total Current Work | 776.02 |
| | Previous Balance | $211.00 |
| | Payments | |
| 01/12/2012 | Payment - check #1437487 | -211.00 |
| | Balance Due | $776.02 |
| | Please Remit | $776.02 |

Final Statement Run Totals 03/08/2012

| | |
|---|---|
| Statements Printed: | 1 |
| Hours: | 5.40 |
| Fees: | 708.00 |
| Expenses: | 68.02 |

WDJ/W. Johnson/Atty/235.00/hr
RFB/R.Beach/Atty/195.00/hr
CWJ/C.Jones/Atty/220.00/hr
KF/K.FitzPatrick/Atty/220.00/hr
SMD/S.Davis/Atty/220.00/hr
TDG/T. Green/Atty/160.00hr
DC/D. DiCicco/Atty/185.00/hr
JNN/J. Novell/Atty/160.00/hr
NMH/N.Hollihan/P.Legal/90.00/hr
CCM/C.Millns/P.Legal/90.00/hr
MM/M.Morrison/P.Legal/85.00/hr
AK/A. Kryska/P.Legal/85.00/hr
CB/C.Brown/L. Asst/85.00/hr

### William D. Johnson, Attorney
Education:
- Bachelor of Arts in Business Administration in Finance, Walsh College
- Graduated with honors
- Juris Doctor from Detroit College of Law (1994) Post-Graduate, Wayne State University. Continued studies toward Master's Degree in Law with a concentration in Bankruptcy and Finance

Associations:
- Member, State Bar of Michigan
- Member, Federal Bar Association
- Member, American Bar Association
- Member, Consumer Bar Association
- Founding Member, Detroit Debtor Bar Association

### Christopher W. Jones, Attorney
Education:
- Bachelor of Arts in Business Administration - Pre-Law, Michigan State University (2000)
- Honors: Cum Laude, Beta Gamma Sigma National Honor Society member
- Juris Doctor from Ave Maria School of Law (2004)
- Honors: Graduated 10th in his class, Editorial Board Member for the Ave Maria Law Review, Best Student Performance in Fall 2002.

Associations:
- Member, State Bar of Michigan
- Member, Federal Bar Association
- Member, American Bar Association

### Kevin FitzPatrick, Attorney
Education:
- Bachelor of Arts in History, Wayne State University (1995)
- Honors: Summa Cum Laude, Elected to Phi Beta Kappa
- Juris Doctor from Wayne State University (1999)
- Honors: Moot Court 1997-98

Associations:
- Member, State Bar of Michigan, Federal Bar Association
- Member, Labor and Employment Section, State Bar of Michigan
- Member, American Bar Association; Litigation and Labor and Employment Sections

### Stacy M. Davis, Attorney
Education:
- Bachelor of Arts in History, Madonna University (1997)
- Oakland University, General Studies (1989-1992)
- Juris Doctor from Michigan State University College of Law (2002)
- Honors: Graduated Cum Laude, Entertainment and Sports Law Society Treasurer

Associations:
- Member, State Bar of Michigan
- Federal Bar Association

### Daniel DiCicco, Attorney
Education:
- Bachelor of Arts in Communication, Purdue (2004)
- Juris Doctor from Wayne State University (2007)
- Honors: Graduated Cum Laude, Dean's List, Moot Court, Board of Governor's Merit Scholarship

Associations:
- Member, State Bar of Michigan
- Member, Federal Bar Association
- Member, American Bar Association

**Ryan Beach, Attorney**
Education:
- Bachelor of Arts, Michigan State University (2002)
- Honors: Graduated with High Honors within the top 5% of class, 4.0 within Major
- Juris Doctor from Wayne State University (2007)
- Honors: Graduated Cum Laude

Associations:
- Member, State Bar of Michigan,
- Member, Federal Bar Association

**Troy D. Green, Attorney**
Education:
- Bachelor of Arts in General Studies, University of Michigan (2006)
- Juris Doctor from Regent University School of Law (2009)
- Honors: Graduated in Top 10% of class; Managing Editor, Regent Journal of International Law.

Associations:
- Member, State Bar of Michigan
- Member, Federal Bar Association

**Joseph Novell, Attorney**
Education:
- Bachelor of Arts in Science in Economics, Eastern Michigan University (2006)
- Honors: Summa Cum Laude
- Juris Doctor from Wayne State University (2009)
- Honors: Graduated Cum Laude, Order of the Coif, Dean's Scholar, Law Review

Associations:
- Member, State Bar of Michigan
- Member, Federal Bar Association
- Member, American Bar Association