UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: **ROBERT W. & SUSAN M. GEDDES**

Case Number: 09-68334 WSD
Chapter 13
Judge SHAPERO

Debtor.

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Rd.
Warren, MI 48093
(248) 443-7033

/

# SIXTH APPLICATION FOR ORDER APPROVING POST CONFIRMATION ATTORNEY FEES

1.  | This award for fees: | $715.50 |
    | This award for costs: | $0.00 |
    | Total this award: | $715.50 |
    | Fees advanced by client: | $0.00 |

2.  The fees requested herein are for services rendered after March 18, 2014 up through March 23, 2015.

3.  This application covers the allowance of compensation for professional services rendered on behalf of the debtor in connection with post confirmation services, including but not limited to services to ensure continued progression under the reorganization and .

4.  There is no Adversary or Federal Litigation affecting this matter

5.  The current status of the bankruptcy case is:
    A. The impact on the case resulting from the fee application is:
    Currently the plan is running 60 months
    With approval of the fee application, the plan would run 60 months

6.  Counsel anticipates providing services necessary to oversee and monitor the case to ensure continued progression going forward.

7.  Accrued unpaid administrative expenses to date are $0.00.

8.  Specific instance in which an award is sought for the service of more than one professional and paraprofessional and the justification for each such instance: Does not apply.

9.  The total fees and expenses previously approved is $5,596.41.

10. Pursuant to L.B.R. 2016-1(a)(10) the Debtor has had a previous opportunity to review the application. The Debtor has not previously approved the requested amount. The Debtor was sent a copy of the fee application 7 days before it was filed with the court. The Debtor has not provided written concurrence or objection to the requested fees.

WHEREFORE, William D. Johnson, and Acclaim Legal Services, PLLC requests an Order awarding the sum of $713.50.

                                                          /s/ William D. Johnson
WILLIAM D. JOHNSON (P54823)
Acclaim Legal Services, PLLC
8900 E. 13 Mile Road
Southfield, MI 48093
248-443-7033
filing@acclaimlegalservices.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE: **ROBERT W. & SUSAN M. GEDDES**

Case Number: 09-68334 WSD
Chapter 13
Judge SHAPERO

Debtor.

_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Rd.
Warren, MI 48093
(248) 443-7033
_____/

## ORDER APPROVING FEE APPLICATION

This matter having come before the Court upon the application of approval of fees and costs pursuant to LBR 9014, all interested parties having been served with notice of the application and the provisions of LBR 2016-1 having been met, no objections to the application having been received and a certification of no response having been filed, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED:

1. The Court approves Applicant's fees and expenses as follows:

   | | | |
   |---|---|---|
   | TOTAL AWARD TO DATE: | $5,596.41 | |
   | THIS AWARD FOR FEES: | $713.50 | |
   | THIS AWARD FOR COSTS: | $0.00 | |
   | TOTAL THIS AWARD: | | $713.50 |
   | GRAND TOTAL FEES AND COSTS | | $6,309.91 |
   | LESS AMOUNT PAID DIRECTLY BY DEBTOR | | ($0.00) |
   | BALANCE TO BE PAID BY TRUSTEE | | $713.50 |

2. The fees requested herein are for services rendered after March 18, 2014 up through March 23, 2015.

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Robert W. Geddes**
**Susan M. Geddes**
Debtor(s)

Case No. _____
Chapter **13**

## STATEMENT OF ATTORNEY FOR DEBTOR(S)
## PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1. The undersigned is the attorney for the Debtor(s) in this case.

2. The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

   [X] **FLAT FEE**
   
   A. For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid .......................................... **3,000.00**
   
   B. Prior to filing this statement, received ....................................... **0.00**
   
   C. The unpaid balance due and payable is ........................................ **3,000.00**
   
   D. The total charge for Attorney fees and costs up to and including confirmation hearing may exceed the flat fee stated in 2.A. If the total fees and costs expended on your behalf exceed the flat fee stated in A, then an Application for Attorney Fees will be filed with the court and you will be provided with notice and the opportunity to review the fees and object. Circumstances which can lead to **Acclaim Legal Services, PLLC** electing to file a fee application include, but are not limited to, missed or additional hearings, objections to proof of claims, objections to Plans, motions for relief from stay, and other factors that **Acclaim Legal Services, PLLC** may not be able to anticipate at the time of consultation and/or preparation of documents.
   
   The flat rate does NOT include any work performed on your behalf post-confirmation. Work performed on your behalf after the confirmation of your case will be billed at an hourly rate (see B. below) and an Application for Attorney Fees will be filed with the court and you will be provided with notice and the opportunity to review the fees and object.
   
   Debtor Initials _____
   
   Attorney fees are non-contingent based. In the event of early termination of case via dismissal, voluntary dismissal, case conversion, etc. an Application for Attorney Fees will be filed with the court for work performed.
   
   Co-Debtor Initials _____
   
   [X] **RETAINER**
   
   A. Amount of retainer received .................................................. _____
   
   B. The undersigned shall bill against the retainer at an hourly rate of **$225.00**. [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer. The above rate shall be effective whenever **Acclaim Legal Services, PLLC** elects to file a fee application pursuant to the circumstances described in Paragraph 2.D. above.

3. $ **274.00** of the filing fee has been paid.

4. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do not apply.]

   A. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   B. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   C. Representation of the debtor at the meeting of creditors and confirmation hearing;
   D. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
   E. ~~Reaffirmations;~~
   F. ~~Redemptions;~~

5. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

6.     The source of payments to the undersigned was from:
    A.     **XX**    Debtor(s)' earnings, wages, compensation for services performed
    B.     _____    Other (describe, including the identity of payor)

7.     The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Dated:     **August 21, 2009**

/s/ **William D. Johnson**
Attorney for the Debtor(s)
**William D. Johnson P54823
Acclaim Legal Services, PLLC
17117 W. Nine Mile
Suite 925
Southfield, MI 48075
248-443-7033 filing@acclaimlegalservices.com**

Agreed:     /s/ **Robert W. Geddes**
               **Robert W. Geddes**
               Debtor

/s/ **Susan M. Geddes**
**Susan M. Geddes**
Debtor

```
Robert W. & Susan M. Geddes                                           Page:          1
13078 Masonic                                                                03/23/2015
Warren MI 48088                                            Account No:       7836-00
                                                           Statement No:      94486
```

## Fees

|            |     |                                                                                                                                                                                                                                                                                                                                              | Rate   | Hours |        |
|------------|-----|--|--|--|-----|
| 06/23/2014 | RFB | **Case Administration:** Review correspondence from the Trustee - review closing case audit; review file | 225.00 | 0.20 | 45.00 |
| 07/25/2014 | RFB | **Claims Administration:** review notice of payment change filed by Wells Fargo effective 8/1. Review schedules to determine impact on feasibility | 225.00 | 0.20 | 45.00 |
| 12/19/2014 | DC  | **Case Administration:**Review correspondence from the client - closing case audit; review file; note to file | 225.00 | 0.20 | 45.00 |
| 12/22/2014 | NMH | **Case Administration:** Telephone conversation with the client regarding correspondence recieved from the Trustee - closing case audit. Discussed the status of the case with the client and outstanding tax documentation. | 90.00 | 0.20 | 18.00 |
|            | NMH | **Case Administration:**Reviewed the file and the Trustee network regarding the status of the case following the closing case audit from the Trustee. | 90.00 | 0.20 | 18.00 |
| 12/23/2014 | DC  | **Case Administration:** Review 2013 tax returns provided by client; review file | 225.00 | 0.20 | 45.00 |
| 01/07/2015 | CWJ | **Case Administration:** Review client file for periodic review; review all correspondence in file, tax returns, Pacer docket report and claims register; review trustee records including pay history, plan calculations and receipts/disbursements. | 275.00 | 0.50 | 137.50 |
| 02/16/2015 | DC  | Fee Application Preparation: | 235.00 | 0.10 | 23.50 |
|            | DC  | **Case Administration:** Phone conference with client. | 235.00 | 0.30 | 70.50 |
| 03/06/2015 | NMH | Letter to the clients regarding the notice of default regarding Wells Fargo Bank. Advised the clients of necessary steps to avoid lift of stay on the property. | 90.00 | 0.20 | 18.00 |
| 03/13/2015 | NMH | **Case Administration:** Telephone conversation with debtor regarding payments made to Wells Fargo Bank. | 90.00 | 0.20 | 18.00 |
|            | FAL | **Case Administration:**Review correspondence from client regarding payments made on direct pay mortgage. Review Notice of Default filed by mortgage company. Review PACER and client file. Phone call with attorney for creditor to inform of payments made and cure default. Phone call to creditor regarding Order from 2011 that they are requesting to be amended. | 200.00 | 0.90 | 180.00 |
| 03/17/2015 | NMH | **Case Administration:** Telephone coversation with a representative of Trott & Trott. | 90.00 | 0.20 | 18.00 |
| 03/23/2015 | FAL | Fee Application Preparation: For current services rendered | 200.00 |      | 34.00 |
|            |     | For Current Services Rendered |        | 3.60 | 715.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Ryan French Beach | 0.40 | $225.00 | $90.00 |
| Nicole M. Hollihan | 1.00 | 90.00 | 90.00 |
| Christopher W. Jones | 0.50 | 275.00 | 137.50 |
| Francesca A. Lousia | 0.90 | 237.78 | 214.00 |
| Daniel DiCicco | 0.80 | 230.00 | 184.00 |

Total Current Work 715.50

Balance Due $715.50

WDJ/W. Johnson/Atty/$275.00/hr
RFB/R.Beach/Atty/$225.00/hr
CWJ/C.Jones/Atty/$275.00/hr
SMD/S.Davis/Atty/$260.00/hr
DC/D. DiCicco/Atty/$235.00/hr
FAL/F. Lousia/Atty/$200.00/hr
MAS/M. Spencer/Atty/$150/hr
NMH/N.Hollihan/P.Legal/$90.00/hr
CCM/C.Millns/P.Legal/$90.00/hr
TA/T. Arrington/L. Asst/$75.00/hr

## William D. Johnson, Attorney
Education:
- Bachelor of Arts in Business Administration in Finance, Walsh College
- Graduated with honors
- Juris Doctor from Detroit College of Law (1994) Post-Graduate, Wayne State University. Continued studies toward Master's Degree in Law with a concentration in Bankruptcy and Finance

Associations:
- Member, State Bar of Michigan
- Member, Federal Bar Association
- Member, American Bar Association
- Member, Consumer Bar Association
- Founding Member, Detroit Debtor Bar Association

## Christopher W. Jones, Attorney
Certifications:
- American Board of Certification – Board certified in Consumer Bankruptcy (April 2013)

Education:
- Bachelor of Arts in Business Administration - Pre-Law, Michigan State University (2000), graduated Cum Laude
- Juris Doctor from Ave Maria School of Law (2004) – Graduated 10th in his class, Executive Articles Editor for the Ave Maria Law Review

Associations:
- Member, State Bar of Michigan
- Member, Federal Bar Association
- Member, American Bar Association
- Member, American Bankruptcy Institute
- Member, Consumer Bankruptcy Association

Select Recent Speaking Engagements:
- Institute of Continuing Legal Education, 3rd Annual Consumer Bankruptcy Institute – speaker, "Real Property Issues for Bankruptcy Practitioners" (May 2012)
- Institute of Continuing Legal Education, Core Concepts Training – speaker, "The Basics of Chapter 13 Bankruptcy" (January 2012)
- American Bankruptcy Institute, Detroit Consumer Bankruptcy Conference – speaker, "Surrender of Property in Chapter 13" (November 2011)
- American Bankruptcy Institute, Detroit Consumer Bankruptcy Conference – speaker, "Retirement Planning and Bankruptcy" (November 2012)

Recent Continuing Education:
- Institute of Continuing Legal Education, 2nd Annual Consumer Bankruptcy Institute (May 2011), attendee
- American Bankruptcy Institute, Central States Bankruptcy Workshop (June 2011), attendee
- American Bankruptcy Institute, Southwest Consumer Bankruptcy Conference (September 2011) – attendee
- American Bankruptcy Institute, Chicago Consumer Bankruptcy Conference (Oct. 2011), attendee
- American Bankruptcy Institute, Detroit Consumer Bankruptcy Conference (November 2011) – attendee
- Institute of Continuing Legal Education, 2nd Annual Consumer Bankruptcy Institute (May 2012), attendee
- American Bankruptcy Institute, Central States Bankruptcy Workshop (June 2012), attendee
- American Bankruptcy Institute, Detroit Consumer Bankruptcy Conference (November 2012) – attendee
- American Bankruptcy Institute, Central States Bankruptcy Workshop (June 2013), attendee

## Stacy M. Davis, Attorney
Education:
- Bachelor of Arts in History, Madonna University (1997)
- Oakland University, General Studies (1989-1992)
- Juris Doctor from Michigan State University College of Law (2002)
- Honors: Graduated Cum Laude, Entertainment and Sports Law Society Treasurer

Associations:

- Member, State Bar of Michigan
- Federal Bar Association

### Daniel DiCicco, Attorney
Education:
- Bachelor of Arts in Communication, Purdue (2004)
- Juris Doctor from Wayne State University (2007)
- Honors: Graduated Cum Laude, Dean's List, Moot Court, Board of Governor's Merit Scholarship

Associations:
- Member, State Bar of Michigan
- Member, Federal Bar Association
- Member, American Bar Association

### Ryan Beach, Attorney
Education:
- Bachelor of Arts, Michigan State University (2002)
- Honors: Graduated with High Honors within the top 5% of class, 4.0 within Major
- Juris Doctor from Wayne State University (2007)
- Honors: Graduated Cum Laude

Associations:
- Member, State Bar of Michigan,
- Member, Federal Bar Association
- Oakland County Bar Association
- Member, American Bar Association

### Michael A. Spencer, Attorney
Education:
- Bachelor of Science, Western Michigan University (2013)
- Juris Doctor from Michigan State University (2013)
- Honors: Graduated Cum Laude, Dean's List, Jurisprudence Achievement Award Communication Skills for Lawyers.

Associations:
- Member, State Bar of Michigan,
- Member, Federal Bar Association
- Oakland County Bar Association
- Member, American Bar Association

### Francesca A. Lousia, Attorney
Education:
- Bachelor of Arts in Philosophy, Oakland University (2004)
- Juris Doctor from Wayne State University of Law (2008)
- Honors: Graduated Cum Laude, Dean's List, Jurisprudence Achievement, St. Thomas More Legal Society, President, Golden Key International Honors Society

Associations:
- Member, State Bar of Michigan,
- Member, Federal Bar Association
- Oakland County Bar Association
- Member, American Bar Association