UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: **ROBERT W. & SUSAN M. GEDDES**

Case Number: 09-68334 WSD
Chapter 13
Judge SHAPERO

Debtor.

_____

WILLIAM D. JOHNSON (P54823)
ACCLAIM LEGAL SERVICES, P.L.L.C.
8900 E. 13 Mile Rd.
Warren, MI 48093
(248) 443-7033
_____/

## CERTIFICATE OF NO RESPONSE

A Motion Under LBR, Rule 9014-1 to Order Approving Fees Post-

Confirmation, a proposed Order and a Notice to Parties in interest, was sent

to all interested parties on March 30, 2015.

Debtor=s counsel has not been notified by any party of any objection

or response to the entry of the proposed Order.

Respectfully submitted:


       /s/  William Johnson
William Johnson (P54823)
Attorney for Debtor
Acclaim Legal Services PLLC
26200 Lasher Road, Suite 330
Southfield, MI 48033
248-443-7033
filing@acclaimlegalservices.com