UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In re:

Robert W. Geddes
Susan M. Geddes,   Case No. 09-68334-wsd
                   Chapter 13
                   Hon. Walter Shapero

            Debtor(s)
_____/

**ORDER TO SHOW CAUSE WHY DEBTOR IS ENTITLED TO A DISCHARGE**

A voluntary petition commencing a case under Title 11 of the United States Code was filed on September 11, 2009 by the above entitled Debtor. This Court is advised that the Debtor has previously been granted a discharge in a Chapter 7 case, Case No. 07-52776, that was filed on June 20, 2007 in the Eastern District of Michigan. Pursuant to 11 U.S.C. §1328(f) of the Bankruptcy Code, the Court cannot grant the Debtor a discharge if the Debtor has been (i) granted a discharge in a Chapter 7, 11 or 12 case commenced within 4 years before filing this case; or (ii) granted a discharge in a Chapter 13 case commenced within the last 2 years before filing this case.

**IT IS ORDERED** that, unless the debtor(s) agree that he/she is not entitled to a discharge, the Debtor(s) and attorney for the Debtor(s) appear before this Court on **Monday, August 24, 2015 at 2:00 p.m.** before the Hon. Walter Shapero at Room 1042, 231 W. Lafayette, Detroit, MI 48226, and show cause why the Debtor(s) is entitled to a discharge in view of 11 U.S.C. §1328(f).

```
Signed on August 11, 2015
                                        /s/ Walter Shapero
                               Walter Shapero
                               United States Bankruptcy Judge
```